UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN M. GIBBONS,

        Petitioner,

v.                                     Case No. 08-11354

HUGH WOLFENBARGER,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

      Pending before the court is petitioner Kevin M. Gibbons' application to proceed *in forma pauperis* on appeal.  The court dismissed Petitioner's habeas corpus petition for failure to comply with the statute of limitations.  [Dkt. #20].  Although the court declined to issue Petitioner a motion for a certificate of appealability [Dkt. #25], the standard for issuing a certificate of appealability has a higher threshold than the *in forma pauperis* standard, which requires only that the appeal be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(4)(B).  Whether the court should have delayed or tolled the running of the statute of limitations is not a frivolous issue.  Therefore, the court finds that Petitioner's appeal is taken in good faith.  Accordingly,

      IT IS ORDERED that Petitioner's application to proceed *in forma pauperis* on appeal [Dkt. #27] is GRANTED.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 6, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522